AO 10
Rev. 1/2010

# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2009

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| DiClerico, Jr., Joseph A. | United States District Court District of New Hampshire | 5/4/2010 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge Senior Status | ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 1/1/2009 to 12/31/2009 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 55 Pleasant Street, Room 400 <br> Concord, NH 03301 | Reviewing Officer_____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust VIII |
| 2. Executor | (See Part VIII) |
| 3. Trustee | Trust XV (See Part VIII) |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiClerico, Jr., Joseph A. | 5/4/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2009 | ▨▨▨▨▨▨▨▨ |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiClerico, Jr., Joseph A. | 5/4/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. ▓▓▓▓▓▓ | Use of Boathouse (See Part VIII) | $700.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiClerico, Jr., Joseph A. | 5/4/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Sh. Com. AT&T | A | Dividend | J | T | | | | | |
| 2. Sh. Com. Alacatel Lucent | | None | J | T | | | | | |
| 3. Sh. Com. Bristol-Meyers Squibb | C | Dividend | L | T | | | | | |
| 4. Sh. Com. Coca-Cola Co. | A | Dividend | J | T | | | | | |
| 5. Sh. Com. Comcast | A | Dividend | J | T | | | | | |
| 6. Sh. Com. Community Bancorp | B | Dividend | K | T | | | | | |
| 7. Sh. Com. Exxon Mobil | A | Dividend | J | T | | | | | |
| 8. Sh. Com. General Electric | D | Dividend | M | T | | | | | |
| 9. Sh. Com. NH Thrift Bankshares | A | Dividend | J | T | | | | | |
| 10. Sh. Com. Zimmer Holdings | | None | J | T | | | | | |
| 11. Sh. Com. The Phoenix Companies, Inc. | | None | J | T | | | | | |
| 12. Phoenix Mutual Life Ins. Co. - Life Insurance | A | Dividend | K | T | | | | | |
| 13. IRA Brokerage Acct #1 American Funds: Amer. Bal. Fnd. Cl. C | A | Dividend | J | T | | | | | |
| 14. IRA Brokerage Acct. #2 | C | Int./Div. | M | T | | | | | |
| 15. -American Funds: Amer. Bal. Fnd. Cl. C | | | | | | | | | |
| 16. -American Funds:Capital Income Builder Fund | | | | | | | | | |
| 17. -US Gov't Securities Fund Class C | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiClerico, Jr., Joseph A. | 5/4/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - American Funds: Bond Fund of America Class C | | | | | | | | | |
| 19. Wells Fargo Adv. Bk. Dep. Sweep Prg (See Part VIII) | A | Interest | M | T | | | | | |
| 20. Sh. Com. Virtus Investment Partners, Inc. | | None | J | T | | | | | |
| 21. | | | | | | | | | |
| 22. LIST B | | | | | | | | | |
| 23. NH Gen. Obl. Zero Coup Bnd. Col. Svgs Prg. (2) 8/1/09 | | None | | | Redeemed | 08/03/09 | K | C | |
| 24. NH St. Cap. App. Col. Svgs Zero (Add date: 7/15/11) | | None | J | T | | | | | |
| 25. NH St. Col. Svgs. Zero Coup Bnd (2) 8/1/01 (Date Corr 8/1/10) | | None | K | T | | | | | |
| 26. Ledyard Bank Accounts | A | Interest | M | T | | | | | |
| 27. NH St. Col. Svgs. Zero Coup. Bnd 7/1/10 | | None | J | T | | | | | |
| 28. Puerto Rico Pub. Impt.G.O. Zero Coup. Bnd. 7/1/11 | | None | K | T | | | | | |
| 29. NH St. Col. Svgs Zero Coup. Bnd (Add Date 9/01/11) | | None | J | T | | | | | |
| 30. NH St. Col. Svgs. Zero Coup. Bnd (Add Date 7/01/13) | | None | J | T | | | | | |
| 31. University PR Rev. Zero Coup. Bnd 6/01/10 | | None | J | T | Buy | 06/09/09 | J | | |
| 32. University PR Rev. Zero Coup. Bnd (6/01/12) | | None | K | T | Buy | 09/03/09 | K | | |
| 33. NH St. Cap. Impt. Col. Svgs. Zero Coup. Bnd 7/01/15 | | None | J | T | Buy | 11/16/09 | J | | |
| 34. | | | | | | | | | |

| 1. Income Gain Codes: | A = $1,000 or less | B = $1,001 - $2,500 | C = $2,501 - $5,000 | D = $5,001 - $15,000 | E = $15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001 - $100,000 | G = $100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes | J = $15,000 or less | K = $15,001 - $50,000 | L = $50,001 - $100,000 | M = $100,001 - $250,000 | |
| (See Columns C1 and D3) | N = $250,001 - $500,000 | O = $500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | P3 = $25,000,001 - $50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiClerico, Jr., Joseph A. | 5/4/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. LIST C | | | | | | | | | |
| 36. Lake Sunapee Bank Account | A | Interest | K | T | | | | | |
| 37. Property ▩▩▩ NH (See Part VIII) | | None | L | S | | | | | |
| 38. Rental Property - Beaufort Cty, SC (See Part VIII) | D | Rent | M | Q | | | | | |
| 39. | | | | | | | | | |
| 40. TRUST I | B | Int./Div. | O | T | | | | | |
| 41. -Manchester NH G.O. Pub. Improvmt. Bnd 7/1/15 | | | | | | | | | |
| 42. -American Funds: Money Market Fund A (see line 43) | | | | | | | | | |
| 43. (Formerly US Treasury Money Fund of America A) | | | | | | | | | |
| 44. -Wells Fargo Adv. Bk. Dep. Sweep Prg | | | | | | | | | |
| 45. -Lake Sunapee Bank Account | | | | | | | | | |
| 46. | | | | | | | | | |
| 47. TRUST II | C | Int./Div. | M | T | | | | | |
| 48. -NH Municipal Bnd. Bk 8/15/19 | | | | | Redeemed | 08/17/09 | K | A | |
| 49. -Well Fargo Adv. Bk. Dep. Sweep Prg. | | | | | | | | | |
| 50. -American Funds: Money Market Fund A (see line 51) | | | | | | | | | |
| 51. (Formerly US Treasury Money Fund of America A) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiClerico, Jr., Joseph A. | 5/4/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.   -GE Capital Financial Inc. | | | | | Redeemed | 08/20/09 | K | | |
| 53.   -Wachovia Bank Account | A | Interest | | | Redeemed | 08/07/09 | K | | |
| 54. | | | | | | | | | |
| 55.   TRUST V (Account Closed as of 2/28/09) (Y) | | | | | | | | | |
| 56.   -AG Edwards Bank Deposit Program | | | | | Open | 01/05/09 | J | | |
| 57. | | | | | Redeemed | 01/06/09 | J | A | |
| 58.   -Wachovia Securities: Cash Holding Acct. | | | | | Closed | 02/04/09 | J | | |
| 59. | | | | | | | | | |
| 60.   TRUST VIII | D | Int./Div. | P1 | T | | | | | |
| 61.   -Sh. Com. Community Bancorp | | | | | | | | | |
| 62.   -Sh. Com. NH Thrift Bankshares | | | | | | | | | |
| 63.   -NH Mun. Bnd. Bk., Pinkerton Academy due 6/1/13 | | | | | | | | | |
| 64.   -Portsmouth NH OID due 9/15/18 | | | | | | | | | |
| 65.   -Wells Fargo Adv. Bk. Dep. Sweep Prg. | | | | | | | | | |
| 66.   -Lake Sunapee Bank Account | | | | | | | | | |
| 67.   -American Funds: Money Market Fund A (see line 68) | | | | | | | | | |
| 68.   (Formerly US Treasury Money Fund of America A) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiClerico, Jr., Joseph A. | 5/4/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | | | | | |
| 70. TRUST IX | E | Int./Div. | P1 | T | | | | | |
| 71. -Wells Fargo Adv. Bk. Dep. Sweep Prg. | | | | | | | | | |
| 72. -American Funds: Am. High Inc. Muni Bond Fd - A | | | | | Buy (add'l) | 07/06/09 | J | | |
| 73. -American Funds: Capital World Growth & Income Fd - A | | | | | Buy (add'l) | 07/06/09 | J | | |
| 74. -American Funds: Fundamental Investors - A | | | | | Buy (add'l) | 07/06/09 | J | | |
| 75. -American Funds: New World Fund - A | | | | | Buy (add'l) | 07/06/09 | J | | |
| 76. -American Funds: Tax Exempt Bond Fund of America -A | | | | | Buy (add'l) | 07/06/09 | J | | |
| 77. -Fidelity Advisor Daily Money Fund US Treasury Portfolio | | | | | Sold | 09/08/09 | N | | |
| 78. -Sh. Com. Exxon Mobil | | | | | | | | | |
| 79. -Sh. Com. General Electric | | | | | | | | | |
| 80. -American Funds: Intl Growth & Income Fund - A | | | | | Buy (add'l) | 07/06/09 | J | | |
| 81. -American Funds: American Mutual Fund - A | | | | | Buy (add'l) | 07/06/09 | J | | |
| 82. | | | | | | | | | |
| 83. TRUST X | E | Int./Div. | O | T | | | | | |
| 84. -Wells Fargo Adv. Bk. Dep. Sweep Prg. | | | | | | | | | |
| 85. -Fidelity Advisor Daily Money Fund US Treasury Portfolio | | | | | Sold | 09/08/09 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiClerico, Jr., Joseph A. | 5/4/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Dodge & Cox Stock Fund | | | | | | | | | |
| 87. -Evergreen Equity Trust: Asset Allocation Fund - A | | | | | Sold | 05/13/09 | L | | |
| 88. -Evergreen Equity Trust: Asset Allocation Fd. CL 1 | | | | | Buy | 05/13/09 | L | | |
| 89. | | | | | Buy (Add'l) | 07/06/09 | J | | |
| 90. -Harbor Fund International Fund Inv. CL | | | | | | | | | |
| 91. -Hartford Mutual Funds Capital Appreciation Fund - A | | | | | Sold | 05/13/09 | K | | |
| 92. -Hartford Mutual FDS Inc: Capital Appreciation Fund CL-1 | | | | | Buy | 05/13/09 | K | | |
| 93. -Longleaf Partners FDS Trust | | | | | Buy | 07/06/09 | J | | |
| 94. -Loomis Sayles Funds II Strategic Income Fund - A | | | | | Sold | 05/13/09 | K | | |
| 95. Loomis Sayles Funds: Strategic Income Fund CL-y | | | | | Buy | 05/13/09 | K | | |
| 96. | | | | — | Buy (Add'l) | 07/06/09 | J | | |
| 97. -Franklin Templeton Mutual GLBL Discovery Fund-Z | | | | | Buy | 01/13/09 | L | | |
| 98. -Franklin Tax Free Tr: High Yield Tax Free Incm. Fnd-Class A | | | | | Buy | 05/13/09 | J | | |
| 99. -Oppenheimer Rochester National Muni - A | | | | | Sold | 05/13/09 | J | | |
| 100. -Pimco Funds: Pacific Invst Mgmt Ser All Asset Fund - A | | | | | Sold | 05/13/09 | L | | |
| 101. -PIMCO All Asset FND Inst. CL | | | | | Buy | 05/13/09 | L | | |
| 102. | | | | | Buy (add'l) | 07/06/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiClerico, Jr., Joseph A. | 5/4/2010 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -T Rowe Price High Yield Fund | | | | | | | | | |
| 104. -T Rowe Price Emerging Markets Stock Fund | | | | | | | | | |
| 105. -Templeton Global Bond Fund - A | | | | | | | | | |
| 106. -Franklin Templeton Mutual Series Fund Inc.-Z | | | | | Sold | 01/13/09 | L | | |
| 107. -Vanguard Mun. BD FD Limited Term Tax - Exempt | | | | | Buy | 09/08/09 | M | | |
| 108. -Fairholme Fund | | | | | Buy | 07/06/09 | J | | |
| 109. | | | | | | | | | |
| 110. TRUST XI | D | Int./Div. | N | T | | | | | |
| 111. -Wells Fargo Adv. Bk. Dep. Sweep Prg. | | | | | | | | | |
| 112. -Fidelity Advisor Daily Money Market Fd US Treasury Port | | | | | | | | | |
| 113. -American Funds: Capital Income Builder Fund - A | | | | | | | | | |
| 114. -American Funds: Capital World Growth and Income Fund - A | | | | | | | | | |
| 115. -American Funds: International Growth & Income Fund - A | | | | | | | | | |
| 116. -American Funds: New World Fund Inc. - A | | | | | | | | | |
| 117. | | | | | | | | | |
| 118. TRUST XII | E | Int./Div. | P1 | T | | | | | |
| 119. -Wells Fargo Adv. Bk. Dep. Sweep Prg. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiClerico, Jr., Joseph A. | 5/4/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -Fidelity Advisor Daily Money Fund -US Treas. Porfolio | | | | | Sold | 09/08/09 | M | | |
| 121. -Sh Com. Exxon Mobil | | | | | | | | | |
| 122. -Sh Com. General Electric | | | | | | | | | |
| 123. -American Funds: American High Inc. Muni Bond Fund - A | | | | | Buy (add'l) | 07/06/09 | J | | |
| 124. -American Funds: American Mutual Fund - A | | | | | Buy (add'l) | 07/06/09 | J | | |
| 125. -American Funds: Captial World Growth & Income Fund - A | | | | | Buy (add'l) | 07/06/09 | J | | |
| 126. -American Funds: Fundamental Investors -A | | | | | Buy (add'l) | 07/06/09 | J | | |
| 127. -American Funds: International Growth & Income Fund - A | | | | | Buy (add'l) | 07/06/09 | J | | |
| 128. -American Funds: New World Fund - A | | | | | Buy (add'l) | 07/06/09 | J | | |
| 129. -American Funds: Tax Exempt Bond Fund of America - A | | | | | Buy (add'l) | 07/06/09 | J | | |
| 130. -American Funds: Limited Term Tax EXPT Bnd Fnd of America | | | | | Buy | 09/08/09 | M | | |
| 131. | | | | | | | | | |
| 132. TRUST XIII | D | Int./Div. | O | T | | | | | |
| 133. -Wells Fargo Adv. Bk. Dep. Prg. | | | | | | | | | |
| 134. -Fidelity Advisor Daily Money Fund US Treasury Portfolio | | | | | | | | | |
| 135. -American Funds: Capital Income Builder Fund - A | | | | | | | | | |
| 136. -American Funds: Capital World Growth & Income FD Inc. - A | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiClerico, Jr., Joseph A. | 5/4/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 137. -American Funds: International Growth & Income Fund - A | | | | | | | | | |
| 138. -American Funds: New World Fund - A | | | | | | | | | |
| 139. | | | | | | | | | |
| 140. TRUST XIV | E | Int./Div. | P1 | T | | | | | |
| 141. -Wells Fargo Adv. Bk. Dep. Prog. | | | | | | | | | |
| 142. -Fidelity Advisor Daily Money Fund US Treasury Portfolio | | | | | Sold | 09/08/09 | M | | |
| 143. -Dodge & Cox Stock Fund | | | | | | | | | |
| 144. -Evergreen Equity Trust Asset Allocation Fund - A | | | | | Sold | 05/13/09 | M | | |
| 145. -Evergreen Equity Trust - Asset Allocation FD CL I | | | | | Buy | 05/13/09 | M | | |
| 146. | | | | | Buy (Add'l) | 07/06/09 | J | | |
| 147. -Fairholme Fund | | | | | Buy | 07/06/09 | J | | |
| 148. -Harbor Fund International Fund Inv. CL | | | | | | | | | |
| 149. -Hartford Mutual Funds Capital Appreciation Fund - A | | | | | Sold | 05/13/09 | K | | |
| 150. -Hartford Mutual Funds Capital Appreciation FD Class I | | | | | Buy | 05/13/09 | K | | |
| 151. -Franklin Tax Free Trust - High Yield Tax Free INCM Fund-A | | | | | Buy | 05/13/09 | K | | |
| 152. -Longleaf Partners Fund Trust | | | | | Buy | 07/06/09 | J | | |
| 153. -Loomis Sayles Fund II Strategic Income Fund - A | | | | | Sold | 05/13/09 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiClerico, Jr., Joseph A. | 5/4/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -Loomis Sayles Fund - Strategic Income Fund CL-Y | | | | | Buy | 05/13/09 | K | | |
| 155. -Franklin Templeton Mutual GLBL Discovery Fund CL-Z | | | | | Buy | 01/13/09 | L | | |
| 156. | | | | | Buy (Add'l) | 07/06/09 | J | | |
| 157. -Franklin Templeton Mutual Series Fund Inc.-Z | | | | | Sold | 01/13/09 | L | | |
| 158. -Oppenheimer Rochester National Municipals -A | | | | | Sold | 05/13/09 | K | | |
| 159. | | | | | | | | | |
| 160. -Pimco FDS Pac Investment Mgmt Ser. All Asset Fund - A | | | | | Sold | 05/13/09 | L | | |
| 161. -PIMCO All Asset FND Inst. CL | | | | | Buy | 05/13/09 | L | | |
| 162. | | | | | Buy (Add'l) | 07/06/09 | J | | |
| 163. -T Rowe Price Tax Free High Yield Fund | | | | | | | | | |
| 164. -T Rowe Price Int'l Funds Emerging Markets Stock Fund | | | | | | | | | |
| 165. -Templeton Global Bond Fund - A | | | | | | | | | |
| 166. -Vanguard Mun. Bd. FD Limited Term Tax-Exempt Portfolio | | | | | Buy | 09/08/09 | M | | |
| 167. -Wachovia Securities Cash Holding Account | | | | | Closed | 01/02/09 | K | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiClerico, Jr., Joseph A. | 5/4/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

PART I - POSITIONS:

Page 1, Line 2: Estate closed on 8/1709. No reportable assets.

Page 1, Line 3: Reporting person became co-trustee on 6/28/09. Unfunded trust.

PART V - GIFTS:

[illegible redacted text] Estimated valued based on appraisal done in 1992 by realtor. Boat removed from premises in 7/09.

PART VII - INVESTMENTS AND TRUSTS:

Page 5, Line 19: On or after February 13, 2009, the AG Edwards Bank Deposit Program was discontinued and replaced by the Wachovia Securities Bank Deposit Sweep Program. Existing balances in these discontinued accounts were transferred to the Wachovia Program. Next, during 2009, the Wachovia Securities Bank Deposit Sweep Program was replaced by the Wells Fargo Advisors Bank Deposit Sweep Program. Therefore, any asset listed in the 2008 report as AG Edwards Bank Deposit Program will be listed in this report as "Wells Fargo Adv. Bk. Dep. Sweep Prg." unless it was closed or redeemed while the AG Edwards Program was in effect, in which case it will be listed as the AG Edwards Program. These account changes have occurred due to the fact that Wachovia Corp. purchased AG Edwards and then Wells Fargo Corp., in turn, purchased Wachovia Corp.

Page 6, Line 37: Assessed value is $90,600. Equalization factor is 92.3% ($98,158).

Page 6, Line 38: Appraised value and market value are listed on 2009 property tax bill as $196,627.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signat

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544